DANIEL DIGIACOMO AND HEIDI BISBEE REALTY, INC. v. MARIO TOMAINO AND DOLORES TOMAINO. (TWO CASES)

February 16, 1988.

Petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. RAYMOND MELVIN.

February 16, 1988.

Petition for certification denied.

MICHAEL DAVID O'LEARY v. ROYAL GLOBE
INSURANCE COMPANY.

February 16, 1988.

Petition for certification denied.